THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rodger Robinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER ROBINSON, | Case No. 2:07-CV-394-WBS-KJM |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| MIDWESTERN INVESTORS GROUP, LLC and PLAZA VENTURES II, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

August 2, 2007                                                                 August 2, 2007


_S/Catherine M. Corfee_____                 _S/Thomas N. Stewart, III____
 Attorney for Defendants                                        Attorney for Plaintiff

2:07-CV-394-WBS-KJM                                      1

IT IS SO ORDERED:


Date:   August 3, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE